# EXHIBIT B-5

COMPANY: State Farm

CLAIM # 53-164M-259

INSURED: Sherwood Partnersdhip
ADDRESS: 2405 Yellowhammer
McAllen, Texas 78504

## AWARD

We, the undersigned, pursuant to the within appointment, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned determined and do hereby award as the Actual Cash Value and the Replacement Cost Value of said property damaged by __Wind / Hail__

Item __Dwelling__    $8,862.55

Item __Other Structures__    NA

Item _____

Item _____

Item _____

ACTUAL CASH VALUE    $7,516.33

TOTAL AMOUNT OF LOSS    $8,862.55

SPECIAL PROVISIONS:
1. Subject to policy provisions and deductible
2. Less any previous payments per this claim
3. Policy coverage to be addressed by others

Witness our hands this __25th__ day of __January__, __2016__.

Shannon Cook       _SCook_ 2/18/2016       APPRAISER

Darrell Edwards                              APPRAISER

Cecil Parker                                 UMPIRE

### Cecil Parker

| | |
|---|---|
| Insured: | Sherwood Partnership |
| Property: | 2405 Yellowhammer Ave |
| | McAllen, TX 78504 |
| | |
| Estimator: | Cecil Parker |

**Claim Number:** 53-164M-259        **Policy Number:**        **Type of Loss:** ---

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 1/25/2016 11:32 AM |
| | | | |
| Price List: | TXMC8X_JAN16 | | |
| | Restoration/Service/Remodel | | |
| Estimate: | 53-164M-259 | | |

Cecil Parker

53-164M-259

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove 3 tab - 20 yr. - composition shingle roofing - incl. felt | 23.34 SQ | 47.24 | 0.00 | 220.52 | 1,323.10 | (0.00) | 1,323.10 |
| 2. 3 tab - 20 yr. - composition shingle roofing - incl. felt | 27.00 SQ | 142.44 | 159.71 | 801.12 | 4,806.71 | (1,001.40) | 3,805.31 |
| 3. Asphalt starter - universal starter course | 231.00 LF | 1.31 | 9.53 | 62.42 | 374.56 | (78.03) | 296.53 |
| 4. R&R Drip edge | 231.00 LF | 1.68 | 12.01 | 80.02 | 480.11 | (87.89) | 392.22 |
| 5. Digital satellite system - Detach & reset | 1.00 EA | 22.30 | 0.00 | 4.46 | 26.76 | (0.00) | 26.76 |
| 6. Digital satellite system - alignment and calibration only | 1.00 EA | 66.89 | 0.00 | 13.38 | 80.27 | (0.00) | 80.27 |
| 7. R&R Flashing - pipe jack - lead | 3.00 EA | 56.04 | 8.66 | 35.36 | 212.14 | (40.95) | 171.19 |
| 8. R&R Roof vent - turtle type - Metal | 5.00 EA | 43.05 | 6.19 | 44.30 | 265.74 | (48.51) | 217.23 |
| 9. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 63.21 | 5.11 | 26.30 | 157.83 | (30.13) | 127.70 |
| **Totals: Roof** | | | 201.21 | 1,287.88 | 7,727.22 | 1,286.91 | 6,440.31 |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 10. Clean with pressure/chemical spray | 138.00 SF | 0.26 | 3.67 | 7.20 | 46.75 | (0.00) | 46.75 |
| 11. Seal & paint double garage door opening & trim | 1.00 EA | 85.78 | 0.67 | 17.30 | 103.75 | (17.29) | 86.46 |
| 12. Prime & paint exterior fascia - wood, 6"- 8" wide | 136.00 LF | 1.53 | 2.02 | 42.02 | 252.12 | (42.02) | 210.10 |
| **Totals: Exterior** | | | 6.36 | 66.52 | 402.62 | 59.31 | 343.31 |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13. Residential Supervision / Project Management - per hour | 4.00 HR | 50.30 | 0.00 | 40.24 | 241.44 | (0.00) | 241.44 |
| 14. Temporary toilet (per month) | 1.00 MO | 132.01 | 0.00 | 26.40 | 158.41 | (0.00) | 158.41 |
| 15. Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 100.00 | 0.00 | 20.00 | 120.00 | (0.00) | 120.00 |
| 16. General clean - up | 6.00 HR | 27.31 | 16.22 | 32.78 | 212.86 | (0.00) | 212.86 |
| **Totals: General** | | | 16.22 | 119.42 | 732.71 | 0.00 | 732.71 |
| **Line Item Totals: 53-164M-259** | | | 223.79 | 1,473.82 | 8,862.55 | 1,346.22 | 7,516.33 |

**Cecil Parker**

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 7,164.94 |
| Material Sales Tax | 203.90 |
| Cleaning Mtl Tax | 0.11 |
| Subtotal | 7,368.95 |
| Overhead | 736.91 |
| Profit | 736.91 |
| Cleaning Sales Tax | 19.78 |
| **Replacement Cost Value** | **$8,862.55** |
| Less Depreciation | (1,346.22) |
| **Actual Cash Value** | **$7,516.33** |
| **Net Claim** | **$7,516.33** |
| Total Recoverable Depreciation | 1,346.22 |
| **Net Claim if Depreciation is Recovered** | **$8,862.55** |

Cecil Parker

Cecil Parker

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | 736.91 | 736.91 | 203.90 | 0.11 | 19.78 | 0.00 | 0.00 |
| **Total** | **736.91** | **736.91** | **203.90** | **0.11** | **19.78** | **0.00** | **0.00** |

**Cecil Parker**

## Recap by Room

**Estimate: 53-164M-259**

| | | |
|---|---:|---:|
| Roof | 6,238.13 | 87.06% |
| Exterior | 329.74 | 4.60% |
| General | 597.07 | 8.33% |
| **Subtotal of Areas** | 7,164.94 | 100.00% |
| **Total** | 7,164.94 | 100.00% |

Cecil Parker

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---:|---:|---:|
| CLEANING | 199.74 | | 199.74 |
| GENERAL DEMOLITION | 1,202.55 | | 1,202.55 |
| ELECTRICAL - SPECIAL SYSTEMS | 89.19 | | 89.19 |
| PERMITS AND FEES | 100.00 | | 100.00 |
| LABOR ONLY | 201.20 | | 201.20 |
| PAINTING | 293.86 | 58.78 | 235.08 |
| ROOFING | 4,946.39 | 1,236.60 | 3,709.79 |
| TEMPORARY REPAIRS | 132.01 | | 132.01 |
| O&P Items Subtotal | 7,164.94 | 1,295.38 | 5,869.56 |
| Material Sales Tax | 203.90 | 50.84 | 153.06 |
| Cleaning Mtl Tax | 0.11 | | 0.11 |
| Overhead | 736.91 | | 736.91 |
| Profit | 736.91 | | 736.91 |
| Cleaning Sales Tax | 19.78 | | 19.78 |
| Total | 8,862.55 | 1,346.22 | 7,516.33 |